IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY GRAHAM,<br><br>        Plaintiff,<br><br>vs.<br><br>DIVERSIFIED FOODS AND SEASONINGS OF NEBRASKA, LLC,<br><br>        Defendant. | **4:13CV3059**<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 21),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the defendants are dismissed with prejudice, each party to pay their own costs and attorney fees.

November 29, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge